IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Veal, Renet

Printed: 9/23/08

Case Number: 04 B 14477
Judge: Goldgar, A. Benjamin
Filed: 4/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 4, 2008
Confirmed: July 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,480.10 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 10,163.10 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 591.90 |
| Other Funds: |  | 4,025.10 |
| Totals: | 17,480.10 | 17,480.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 0.00 | 0.00 |
| 4. | Chase Cardmember Services | Secured | 0.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 779.30 | 1,072.69 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 41.30 |
| 7. | St Margaret Mercy Hospital | Unsecured | 1,800.00 | 2,477.64 |
| 8. | Resurgent Capital Services | Unsecured | 1,720.89 | 2,368.77 |
| 9. | RoundUp Funding LLC | Unsecured | 1,809.44 | 2,490.65 |
| 10. | Chase Cardmember Services | Unsecured | 807.84 | 1,111.98 |
| 11. | Bay View Credit Corp. | Unsecured | 6,235.61 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 435.90 | 600.07 |
| 13. | Newport News | Unsecured |  | No Claim Filed |
| 14. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 15. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 16. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 17. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| | | | $ 16,318.98 | $ 12,863.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 37.19 |
| 6.5% | 93.51 |
| 3% | 98.33 |
| 5.5% | 177.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Veal, Renet | Case Number: 04 B 14477 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/23/08 | Filed: 4/12/04 |

```
            5%              51.93
            4.8%           103.42
            5.4%            30.01
                          _____
                         $ 591.90
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____